AND COMMISSION COMPANY. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. October 26, 1903. Dismissed with costs per stipulation. *Mr. W. H. Robeson* and *Mr. Charles D. Hill* for appellant. *Mr. Alex. C. King* for appellee.

No. 114. YEE NGOY, APPELLANT, *v.* UNITED STATES. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. November 2, 1903. Dismissed per stipulation, on motion of *Mr. Solicitor General Hoyt* for the appellee. *Mr. Lyman I. Mowry* for appellant. *The Attorney General* for appellee.

No. 78. TEXAS AND PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* WILLIAM L. SMITH. In error to the United States Circuit Court of Appeals for the Fifth Circuit. November 9, 1903. Dismissed with costs, on motion of *Mr. D. D. Duncan* for the plaintiff in error. *Mr. John F. Dillon, Mr. Winslow S. Pierce* and *Mr. David D. Duncan* for plaintiff in error. No appearance for defendant in error.

No. 99. MISSOURI PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* ROBERT ECCLES ET AL. In error to the Supreme Court of the State of Missouri. November 9, 1903. Dismissed with costs, on motion of *Mr. D. D. Duncan* in behalf of counsel for the plaintiff in error. *Mr. Martin L. Clardy* for plaintiff in error. No appearance for defendants in error.

No. 69. TEXAS AND PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* MRS. FRANK S. SMITH ET AL. In error to the United States Circuit Court of Appeals for the Fifth Circuit. November 9, 1903. Dismissed with costs, pursuant to the tenth rule. *Mr. John F. Dillon, Mr. Winslow S. Pierce* and